CORNELIUS CARLING ET AL. v. MAYOR, &c., OF HOBOKEN.

Argued November 13, 1899—Decided November 27, 1899.

A *certiorari* will not be allowed to review a tax ordinance of a city council where the application therefor is not made until after the taxes under it are assessed and confirmed and more than three months have intervened between the passage of the ordinance and the confirmation of the assessment.

On rule for *certiorari*.

For the rule, *John I. Weller.*

*Contra, James F. Minturn.*

PER CURIAM.

The tax ordinance was approved June 29th, 1899, and under it taxes were assessed and confirmed October 5th, 1899. The rule for *certiorari* was not applied for until October 7th, 1899. We think it was then too late to review the ordinance for the purpose of setting aside any of its provisions, and that, if illegal taxes have been levied under it, individual taxpayers must be left to seek their own personal remedies.

The rule to show cause is discharged, with costs.